LONG ISLAND BEACH BUGGY ASSOCIATION, INC. et al., Appellants, v. TOWN OF ISLIP et al., Respondents. (Action No. 1.) EMIL LEMP, Appellant, v. TOWN OF ISLIP et al., Respondents. (Action No. 2.) —

Hopkins, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur. [58 Misc 2d 295.]

DONALD J. LYONS, JR., Appellant, v. B & J AUTO SPRING & EQUIPMENT Co., INC., Respondent.—

Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.